UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRANCE T. POWELL,

          Petitioner,

     v.

JOHN GAY, *et al*,

          Respondents.

Case No.  C07-5046RBL-KLS

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Court, having reviewed the Report and Recommendation, petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

    (1)    the Magistrate Judge's report and recommendation is approved and adopted;

    (2)    petitioner's application to proceed *in forma pauperis* is DENIED;

    (3)    petitioner has paid the required filing fee ($5.00) to the Clerk of the Court; and

    (4)    the Clerk is directed to send copies of this Order to petitioner and any other party that has appeared in this action.

DATED this 9th day of March, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1