1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE T. POWELL,<br><br>                Petitioner,<br><br>   v.<br><br>JOHN GAY,<br><br>                Respondent. | Case No.  C07-5046RBL-KLS<br><br>ORDER DISMISSING PETITION |

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, Petitioner's objections [Dkt. #31], and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal *habeas corpus* petition is DISMISSED.

(3)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent[s] and to Judge Strombom.

DATED this 25th day of April, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1