# United States District Court

WESTERN DISTRICT OF WASHINGTON

TERRANCE T. POWELL

      v.

JOHN GAY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5046RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's federal *habeas corpus* petition is DISMISSED.

   April 28, 2008                                           BRUCE RIFKIN
Date                                                                     Clerk

                                                                            *s/CM Gonzalez*
                                                                            Deputy Clerk